# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**SEAN LEE**                                                                                              **PETITIONER**

**VS.**                             **CASE NO. 2:16CV00144 JM/PSH**

**C.V. RIVERA, Warden,**
**FCI Forrest City**                                                                                      **RESPONDENT**

### ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris.  After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.  Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 31st day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE